THE HONORABLE SALVADOR MENDOZA, JR.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN E. OROZCO,<br><br>      Plaintiff,<br><br>vs.<br><br>YAKIMA SHERIFF'S OFFICE, YAKIMA COUNTY, and SERGIO REYNA and JANE DOE REYNA, JOHN DUGGAN and JANE DOE DUGGAN, and J. TOWELL AND JANE DOE TOWELL.<br><br>      Defendants. | NO. 1:22-cv-03058-SMJ<br><br>**ANSWER TO COMPLAINT** |

TO: Plaintiff;

AND TO: Attorneys for Plaintiffs.

COME NOW Defendants, by and through the undersigned counsel, and for Answer to the Plaintiff's Complaint, admits, denies and alleges as follows:

 1.1 Defendants object to this paragraph as argumentative and lacking in any factual allegations that can be admitted or denied. Without waiving this objection, this paragraph is denied.

 2.1 Defendants are without sufficient information to admit or deny and therefore denies the same.

**ANSWER TO COMPLAINT – 1**

**Cause No.: 1:22-cv-03058**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

2.2    Defendants admit the first sentence of this paragraph.  The Defendants object to the second sentence as confusing and not an allegation of facts that can be admitted or denied. Without waving this objection, it is denied.

2.3    Defendants admit the first sentence of this paragraph.  The Defendants object to the second sentence as confusing and not an allegation of facts that can be admitted or denied. Without waving this objection, it is denied.

2.4    Defendants admit the first sentence of this paragraph.  The Defendants object to the second sentence as confusing and not an allegation of facts that can be admitted or denied. Without waving this objection, it is denied.

2.5    Defendants admit the first and second sentences of this paragraph.  The Defendants object to the third sentence as a legal conclusion and not an allegation of facts that can be admitted or denied and it is denied on that basis.

2.6    The Defendants object to this paragraph as a legal conclusion and not an allegation of facts that can be admitted or denied and it is denied on that basis.

3.1    The Defendants object to this paragraph as a legal conclusion and not an allegation of facts that can be admitted or denied and it is denied on that basis.

3.2    The Defendants object to this paragraph as a legal conclusion and not an allegation of facts that can be admitted or denied and it is denied on that basis.

3.3    The Defendants object to this paragraph as a legal conclusion and not an allegation of facts that can be admitted or denied and it is denied on that basis.

3.4    Defendants are without sufficient information to admit or deny and therefore denies the same.

4.1    This paragraph requires no response.

**ANSWER TO COMPLAINT – 2**

**Cause No.: 1:22-cv-03058**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

5.1     This paragraph is denied.

5.2     Defendants are without sufficient information to admit or deny and therefore denies the same.

5.3     This paragraph is denied.

5.4     This paragraph is denied.

5.5     This paragraph is denied.

5.6     Defendants are without sufficient information to admit or deny and therefore denies the same.

5.7     Defendants are without sufficient information to admit or deny and therefore denies the same.

5.8     This paragraph is denied.

5.9     Defendants are without sufficient information to admit or deny and therefore denies the same.

5.10     This paragraph is denied.

5.11     Defendants are without sufficient information to admit or deny and therefore denies the same.

6.1     This paragraph is denied.

6.2     This paragraph is denied.

6.3     This paragraph is denied.

6.4     This paragraph is denied.

6.5     This paragraph is denied.

Defendants further deny plaintiff is entitled to the relief he seeks in paragraphs 1 – 3 of the Prayer for Relief.

**ANSWER TO COMPLAINT – 3**

Cause No.: 1:22-cv-03058

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

By way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, Defendants allege:

1. That the plaintiff has failed to state a claim for which relief can be granted against these defendants.

2. That qualified immunity under state and federal law precludes plaintiff's claims.

3. That the public duty doctrine and qualified and/or good faith immunity preclude plaintiff's state law claims.

4. That the plaintiff's comparative fault and criminal conduct proximately caused his damages, if any.

5. That the plaintiff failed to mitigate his damages, if any.

6. That the plaintiff's damages, if any, were caused by fault of third-parties not in the control of Defendants.

7. That the Plaintiff was engaged in the commission of a felony at the time of the occurrence causing the injury and the felony was a proximate cause of the injury.  Therefore, Plaintiff's claims are barred by RCW 4.24.420.

8. That the statute of limitations precludes some, or all, of plaintiff'a claims.

9. That the plaintiff has failed to serve one or more of the defendants.

10. That there was an intervening or superceding cause.

11. That the plaintiff assumed the risk of injury.

12. That the plaintiff failed to mitigate his damages, if any.

Defendants expressly reserve the right to amend this Answer, including the addition of affirmative defenses warranted by investigation and discovery, and to make such amendments either before or during trial, including asserting other defense theories or conforming the pleadings to the proof offered at the time of trial.

**ANSWER TO COMPLAINT – 4**

**Cause No.: 1:22-cv-03058**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

WHEREFORE, Defendants pray as follows:

1. That plaintiff's Complaint be dismissed with prejudice and that plaintiff take nothing by his Complaint and that Defendants be allowed their costs and reasonable attorneys' fees herein.

DATED this 31st day of May, 2022.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*/s/ John E. Justice*

John E. Justice, WSBA № 23042
Attorney for Defendants
P.O. Box 11880, Olympia, WA 98508
Phone: (360) 754-3480 Fax: 360-357-3511
Email: jjustice@lldkb.com

**ANSWER TO COMPLAINT – 5**

**Cause No.: 1:22-cv-03058**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480 FAX: (360) 357-3511*

# CERTIFICATE OF FILING & SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on the date specified below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following party:

**_Counsel for Plaintiff:_**

Jesse Valdez
VALDEZ LEHMAN, PLLC
14205 SE 36th Street, Ste 100
Bellevue, WA 98006

DATED this 31st day of May, 2022, at Tumwater, WA.

/s/ Tam Truong

Tam Truong, Legal Assistant

ANSWER TO COMPLAINT – 6

Cause No.: 1:22-cv-03058

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*