AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 28, 2024**

SEAN F. McAVOY, CLERK

JOHN E. OROZCO,

*Plaintiff*

v.

YAKIMA SHERIFF'S OFFICE, YAKIMA COUNTY, and SERGIO REYNA and JANE DOE REYNA, JOHN DUGGAN and JANE DOE DUGGAN, and J. TOWELL and JANE DOE TOWELL,

*Defendant*

Civil Action No. 1:22-CV-03058-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Court Order at ECF No 30, the Defendants' Motion for Summary Judgment, ECF No. 20, is GRANTED in part and DENIED in part. The federal claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the state law claims. The remaining state law claims are dismissed without prejudice. Judgment in favor of the Defendants on the federal claims under 42 U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for Summary Judgment.

Date: 3/28/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza